IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:06CR3125 |
| | ) | |
| v. | ) | |
| | ) | |
| TROY J. LINK, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This is an appeal from a sentence imposed by a magistrate judge. After consultation with counsel, and with their agreement,

IT IS ORDERED that:

1. The parties shall file a joint appendix or stipulation of the record by November 27, 2006. Among other things, that record shall contain the sentencing transcript and any presentence report and sentencing recommendation.

2. As the defendant has filed his appellate brief (filing 15), the government shall file a responsive brief by November 27, 2006.

3. The defendant shall file a reply brief by December 11, 2006.

4. Counsel shall jointly contact my judicial assistant and schedule oral argument. Each side will be given one-half hour of oral argument for a total of one hour. The case will be deemed submitted after oral argument.

5.  The motion for admission (filing 19) of Michael Kelly pro hac vice is granted. Mr. Kelly shall register with the CM/ECF system used by the District of Nebraska.

November 3, 2006.                   BY THE COURT:

                                    s/ *Richard G. Kopf*
                                    United States District Judge