IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3125 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| TROY J. LINK, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is on appeal to me. The parties have stipulated (filing 30) that the record on appeal includes the presentence report. However, the presentence report and the sentencing recommendation have not been filed in the court file. Therefore,

IT IS ORDERED that, as soon as possible, the probation officer assigned to this case shall file in the court file a copy of the presentence report and the sentencing recommendation provided to Judge Piester in this case. When filed, the Clerk shall seal the copy. Despite sealing, the Clerk shall make a copy of the presentence report and sentencing recommendation available to counsel for the parties.

December 18, 2006.         BY THE COURT:

                           s/ *Richard G. Kopf*
                           United States District Judge