IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3125 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| TROY J. LINK, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that oral argument concerning the appeal from a sentence imposed by a magistrate judge has been scheduled before the undersigned United States district judge on Wednesday, February 7, 2007, from 12:00-1:30 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

    December 21, 2006.        BY THE COURT:

                                          s/ *Richard G. Kopf*
                                          United States District Judge