IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:06CR3125 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| TROY J. LINK, | ) | |
| | ) | |
| Defendant. | ) | |

After conferring with counsel, I conclude that a full presentence report should be conducted and that the normal schedules and practices related thereto should be followed. Accordingly,

   IT IS ORDERED that:

   1.   The resentencing hearing scheduled for February 7, 2007 is cancelled.

   2.   The United States Probation Office is directed to prepare a full, and not an abbreviated, presentence report.

   3.   Separately, the undersigned will issue an order on sentencing schedule establishing the sentencing date, related deadlines and applicable sentencing procedures. The parties shall strictly abide by that order. As before, the undersigned will conduct all further proceedings in this case.

   4.   My chambers shall send a copy of this order and a copy of the sentencing schedule order to USPO Jen Baker and Supervisory USPO Mike Norton.

   February 1, 2007.                           BY THE COURT:

                                               s/ *Richard G. Kopf*
                                               United States District Judge